UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LARA,<br>Petitioner,<br>v.<br>KRISTI NOEM, et. al.,<br>Respondents. | No. 1:26-cv-01028-DC-ICD-HC<br><br>ORDER |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pending before the undersigned is Respondents' second motion to dismiss. ECF No. 17.

In April 2026, a magistrate judge issued findings and recommendations addressing Respondents' initial motion to dismiss (ECF No. 11), recommending that the petition be dismissed with leave to amend. ECF No. 16. Following that recommendation, Respondents filed a second motion to dismiss, arguing that the matter is now moot because Petitioner has been removed from the United States. ECF No. 17.

The undersigned will vacate the prior findings and recommendations. Respondents are directed to file an affidavit or sworn declaration within fourteen (14) days of the date of this order to support their claim that Petitioner was removed. Petitioner shall have seven (7) days from the date of Respondents' filing to reply.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued April 7, 2026 (ECF No. 16), are **VACATED**;
2. Respondents shall file an affidavit or sworn declaration to support their claim that Petitioner was removed within fourteen (14) days of the date of this order; and
3. Petitioner shall have seven (7) days from the date of Respondents' filing to file a reply.

IT IS SO ORDERED.

Dated: September 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE