**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN LARA,<br>Petitioner,<br>v.<br>KRISTI NOEM, et. al.,<br>Respondents. | No. 1:26-cv-1028-DC-ICD-HC<br><br>ORDER |

Petitioner, who is representing proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The parties have filed a stipulation of voluntary dismissal. ECF No. 22. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate ECF Nos. 11 and 17 as pending motions and close this file.

IT IS SO ORDERED.

Dated: September 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE